## JOHN W. HUNTER *versus* THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 255; (2) discontinued *p. 271.

PAPERS IN FILE: (1) Precipe for certiorari; (2) writ of certiorari; (3) sheriff's bill of fees.

*Office Docket*, MS p. 134, c. 49. (Case 100 of 1820)

## JAMES ABBOTT *versus* GABRIEL RICHARD

JOURNAL ENTRIES (1821): *Journal 3:* (1) Continued *p. 255.

PAPERS IN FILE: (1) Recognizance and precipe for certiorari; (2) sheriff's bill of fees.

*Office Docket*, MS p. 145, c. 60. (Case 111 of 1820)

## ARTHUR KENNEDY *versus* ROBERT SMART

JOURNAL ENTRIES (1821): *Journal 3:* (1) Judgment *p. 256.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) writ of certiorari; (5) certiorari bond, approval; (6) transcript of county court record; (7) precipe for fi. fa. and to tax attorneys' fees; (8) writ of fi. fa. and return.

*Office Docket*, MS p. 149, c. 71. (Case 122 of 1820) Recorded in *Book A*, MS pp. 302–308.